UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW D. WETZEL                                          CIVIL ACTION

VERSUS                                                    NO. 09-0025

ST. TAMMANY PARISH JAIL                                   SECTION "A"(5)
ST. TAMMANY PARISH SHERIFF OFFICE


**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. §1983 claims brought by the plaintiff, Andrew D. Wetzel, against the defendants, the St. Tammany Parish Jail, the St. Tammany Parish Sheriff's Office, Warden Al Strain, Warden Gregory Longino, Sheriff Jack Strain, Jr., and Deputy Sheriff Bryan Wetzel, are **DISMISSED WITH PREJUDICE** as frivolous, and otherwise for failure to state a claim for which

relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(b) and §1915A and 42 U.S.C. §1997e.

New Orleans, Louisiana, this 4th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE